An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBIN A. DREW,
Appellant,
vs.
MANPOWER OF SOUTHERN
NEVADA,
Respondent.

No. 58019

**FILED**

FEB 0 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by January 7, 2013. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-03716

cc: Hon. Michelle Leavitt, District Judge
Robin A. Drew
Lynne & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2